42 A.3d 888

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. DERRICK BROWN, DEFENDANT–RESPONDENT, AND LEROY CAR-STARPHEN AND KAREEM STRONG, DEFENDANTS.

May 3, 2012.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.